## THE STATE v. WILCOX.

PRACTICE IN THE SUPREME COURT.

*Appeal from Jackson District Court.*

THURSDAY, DECEMBER 16.

AT the March term, 1875, of the Jackson District Court, the defendant was indicted for obtaining money under false pretenses. On the 24th of June, 1875, the defendant appeared in person and by counsel, was arraigned and pleaded guilty. He was adjudged to pay a fine of one hundred dollars, and was committed to the jail of the county for three months. Defendant appeals.

*R. W. Henry*, for appellant.

*M. E. Cutts, Attorney General*, for the State.

DAY, J.—This cause is submitted without assignment of errors or argument. We have examined the record, and cannot discover that anything appears affirmatively therefrom, which could be the ground of complaint.

AFFIRMED.